No. 77–5900. HALL v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 77–5905. LATIMORE ET AL. v. SIELAFF ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–5907. BUTLER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 77–5909. PHILLIPS v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 77–5910. MASON v. MULLIGAN, U. S. ATTORNEY. C. A. 7th Cir. Certiorari denied.

No. 77–5911. SMITH v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 77–5913. ROCHE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5918. BEVERLY v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 77–5920. SAND v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–5922. KINES v. MASSACHUSETTS. Ct. App. Mass. Certiorari denied.

No. 77–5926. JOHNSON v. BARGE. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Certiorari denied.

No. 77–5928. HENDRIX v. IOWA. Ct. App. Iowa. Certiorari denied.